

**ORDERED in the Southern District of Florida on August 27, 2015.**

*A. Jay Cristol*

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-23149-AJC |
| NICOLAS H. RUIZ, | : | CHAPTER 7 |
| Debtor. | : | |
| _____/ | | |

### AGREED ORDER EXTENDING THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE

THIS CAUSE, having come on Agreed Ex Parte Motion of Robert A. Angueira, Trustee to Extend the Deadlines for Filing Objections to Claimed Exemptions, and Objecting to Discharge, and the Court, having reviewed the Motion and the record herein, and being otherwise fully advised that the matter is agreed, it is hereby

**ORDERED AND ADJUDGED** that said Motion is granted.

**ORDERED AND ADJUDGED** that the Trustee shall have to and including November 23, 2015, in which to file objections to the Debtor's claimed exemptions.

**ORDERED AND ADJUDGED** that the Trustee shall have to and including December 25, 2015, in which to file objections to the Debtor's discharge.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
6495 SW 24 Street
Miami, FL 33155
Tel. 305-263-3328
Fax 305-263-6335
e-mail   rangueir@bellsouth.net


Copies furnished to:
Robert A. Angueira, Trustee

*(Trustee Robert A. Angueira is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*